**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Richard Larry Champ <br> <u>Debtor(s)</u> | CHAPTER 13 <br><br> BKY. NO. 14-10198 TPA |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

     Kindly enter my appearance on behalf of PNC Bank, National Association and index same on the master mailing list.

     Respectfully submitted,

     **/s/ James C. Warmbrodt, Esquire**
     James C. Warmbrodt, Esquire
     jwarmbrodt@kmllawgroup.com
     Attorney I.D. No. 42524
     KML Law Group, P.C.
     701 Market Street, Suite 5000
     Philadelphia, PA 19106
     Phone: (215)-627-1322
     Attorney for Movant/Applicant