**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Richard Larry Champ** | Social Security number or ITIN  **xxx–xx–3574** |
| | First Name  Middle Name  Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name  Middle Name  Last Name | Social Security number or ITIN  _ _ _ _ |
| | | EIN  _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court  **WESTERN DISTRICT OF PENNSYLVANIA**

Case number:  **14–10198–TPA**

# Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Richard Larry Champ

7/17/18

**By the court:**   Thomas P. Agresti
United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;

- ♦ debts for most student loans;

- ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

```
                        United States Bankruptcy Court
                        Western District of Pennsylvania
In re:                                                              Case No. 14-10198-TPA
Richard Larry Champ                                                 Chapter 13
          Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0315-1         User: lfin            Page 1 of 1          Date Rcvd: Jul 17, 2018
                             Form ID: 3180W        Total Noticed: 18
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 19, 2018.
```
db           +Richard Larry Champ,    425 High Street,    Sharpsville, PA 16150-1113
cr           +PNC BANK N.A.,    PO BOX 94982,    CLEVELAND, OH 44101-4982
13800108     +Capital One / Best Buy,    PO Box 6497,    Sioux Falls, SD 57117-6497
13803078     +PNC BANK,    PO BOX 94982,    CLEVELAND, OHIO 44101-4982
13800112     +Pnc Bank,    2730 Liberty Avenue,    Pittsburgh, PA 15222-4747
13800111     +Pnc Bank,    Attn: Bankruptcy,    2730 Liberty Avenue,    Pittsburgh, PA 15222-4747
13800113     +Pnc Bank, N.a.,    1 Financial Parkway,    Kalamazoo, MI 49009-8002
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg           E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 18 2018 02:24:16    Pennsylvania Dept. of Revenue,
               Department 280946,    P.O. Box 280946,    ATTN: BANKRUPTCY DIVISION,
               Harrisburg, PA  17128-0946
cr            E-mail/Text: bankruptcy@bbandt.com Jul 18 2018 02:23:51    BB&T,    PO Box 1847,
               Wilson, NC  27894-1847
cr            EDI: RECOVERYCORP.COM Jul 18 2018 05:53:00    Recovery Management Systems Corporation,
               25 S.E. Second Avenue,    Suite 1120,    Miami, FL  33131-1605
13800107      E-mail/Text: bankruptcy@bbandt.com Jul 18 2018 02:23:51    Bb&T,    Po Box 1847,
               Attn: Bankruptcy,    Wilson, NC 27894
13868042      EDI: BL-BECKET.COM Jul 18 2018 05:58:00    Capital One, N.A.,    c o Becket and Lee LLP,
               POB 3001,    Malvern, PA 19355-0701
13800109     +EDI: RMSC.COM Jul 18 2018 05:58:00    Gecrb / Lowes,    Attention: Bankruptcy Department,
               Po Box 103104,    Roswell, GA 30076-9104
13800110      EDI: CBSKOHLS.COM Jul 18 2018 05:53:00    Kohls / Capone,    N56 West 17000 Ridgewood Drive,
               Menomonee Falls, WI 53051
13868215      EDI: PRA.COM Jul 18 2018 05:53:00    Portfolio Recovery Associates, LLC,    POB 12914,
               Norfolk VA 23541
13830749      EDI: Q3G.COM Jul 18 2018 05:58:00    Quantum3 Group LLC as agent for,    MOMA Funding LLC,
               PO Box 788,    Kirkland, WA  98083-0788
13819736      EDI: RECOVERYCORP.COM Jul 18 2018 05:53:00    Recovery Management Systems Corporation,
               25 S.E. 2nd Avenue, Suite 1120,    Miami, FL 33131-1605
13800114     +EDI: SEARS.COM Jul 18 2018 05:53:00    Sears / Cbna,    Po Box 6282,
               Sioux Falls, SD 57117-6282
                                                                                              TOTAL: 11

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr            PNC Bank, National Association
                                                                                   TOTALS: 1, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 19, 2018                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 17, 2018 at the address(es) listed below:
```
              Daniel P. Foster    on behalf of Debtor Richard Larry Champ dan@mrdebtbuster.com,
               clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com
              James Warmbrodt    on behalf of Creditor    PNC Bank, National Association bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    on behalf of Trustee Ronda J. Winnecour cmecf@chapter13trusteewdpa.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                               TOTAL: 5
```