FILED
7/17/18 11:41 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
RICHARD LARRY CHAMP

Debtor(s)

Ronda J. Winnecour
  Movant
  vs.
No Repondents.

Case No.:14-10198 TPA

Chapter 13

Document No.:   112

ORDER OF COURT

AND NOW, this ____17th____ day of _____July_____, 2018, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

   (1).  This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

   (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

   (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

   (4). Property of the estate hereby revests in the debtor(s).  This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan.  All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

   (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or  rejected the plan.  All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

   (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report").  Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT,

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 14-10198-TPA
Richard Larry Champ                                                       Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-1          User: lfin              Page 1 of 1           Date Rcvd: Jul 17, 2018
                              Form ID: pdf900         Total Noticed: 17

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 19, 2018.
```
db          +Richard Larry Champ,   425 High Street,    Sharpsville, PA 16150-1113
cr          +PNC BANK N.A.,   PO BOX 94982,    CLEVELAND, OH 44101-4982
13800108    +Capital One / Best Buy,   PO Box 6497,    Sioux Falls, SD 57117-6497
13868042     Capital One, N.A.,   c o Becket and Lee LLP,    POB 3001,   Malvern, PA 19355-0701
13803078    +PNC BANK,   PO BOX 94982,    CLEVELAND, OHIO 44101-4982
13800112    +Pnc Bank,   2730 Liberty Avenue,    Pittsburgh, PA 15222-4747
13800111    +Pnc Bank,   Attn: Bankruptcy,    2730 Liberty Avenue,    Pittsburgh, PA 15222-4747
13800113    +Pnc Bank, N.a.,   1 Financial Parkway,    Kalamazoo, MI 49009-8002
13800114    +Sears / Cbna,   Po Box 6282,    Sioux Falls, SD 57117-6282
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr           E-mail/Text: bankruptcy@bbandt.com Jul 18 2018 02:23:51     BB&T,   PO Box 1847,
              Wilson, NC   27894-1847
cr           E-mail/PDF: rmscedi@recoverycorp.com Jul 18 2018 02:33:19
              Recovery Management Systems Corporation,   25 S.E. Second Avenue,   Suite 1120,
              Miami, FL 33131-1605
13800107     E-mail/Text: bankruptcy@bbandt.com Jul 18 2018 02:23:51     Bb&T,   Po Box 1847,
              Attn: Bankruptcy,   Wilson, NC 27894
13800109    +E-mail/PDF: gecsedi@recoverycorp.com Jul 18 2018 02:34:15     Gecrb / Lowes,
              Attention: Bankruptcy Department,   Po Box 103104,   Roswell, GA 30076-9104
13800110     E-mail/Text: bnckohlsnotices@becket-lee.com Jul 18 2018 02:23:43     Kohls / Capone,
              N56 West 17000 Ridgewood Drive,   Menomonee Falls, WI 53051
13868215     E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 18 2018 02:32:18
              Portfolio Recovery Associates, LLC,   POB 12914,   Norfolk VA 23541
13830749     E-mail/Text: bnc-quantum@quantum3group.com Jul 18 2018 02:24:02
              Quantum3 Group LLC as agent for,   MOMA Funding LLC,   PO Box 788,   Kirkland, WA  98083-0788
13819736     E-mail/PDF: rmscedi@recoverycorp.com Jul 18 2018 02:34:27
              Recovery Management Systems Corporation,   25 S.E. 2nd Avenue, Suite 1120,
              Miami, FL 33131-1605
                                                                                              TOTAL: 8

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              PNC Bank, National Association
                                                                                  TOTALS: 1, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 19, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 17, 2018 at the address(es) listed below:
```
          Daniel P. Foster    on behalf of Debtor Richard Larry Champ dan@mrdebtbuster.com,
           clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com
          James Warmbrodt    on behalf of Creditor    PNC Bank, National Association bkgroup@kmllawgroup.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    on behalf of Trustee Ronda J. Winnecour cmecf@chapter13trusteewdpa.com
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 5
```